10-8740-ABB

## INSTRUCTIONS FOR ATTACHING DECAL
- Clean area where new annual decal is to be affixed.
- Peel decal from this document.
- Affix decal in the upper right corner of license plate.

┌          ┐

└          ┘

Mail To:
GEOFFREY JOHN JUSTICE, TERESA MARY JUSTICE
4015 GEORGETOWN CT
ST CLOUD, FL 34772-7058

## IMPORTANT INFORMATION

SECTION 320.0605, Florida Statutes, requires this registration certificate or an official copy or a true copy of a rental or lease agreement issued for the motor vehicle described be in possession of the operator or carried in the vehicle while the vehicle is being used or operated on the highways or streets of this state.

SECTION 316.613, Florida Statutes, requires every operator of a motor vehicle transporting a child in a passenger car, van or pickup truck registered in this state and operated on the highways of this state, shall, if the child is 5 years of age or younger, provide for protection of the child by properly using a crash-tested, federally approved child restraint device. For children aged through 3 years, such restraint device must be a separate carrier or a vehicle manufacturer's integrated child seat, for children aged 4 through 5 years, a separate carrier or seat belt may be used.

SECTION 627.733, Florida Statutes, requires mandatory Florida No-Fault Insurance to be maintained continuously throughout the entire registration period; failure to maintain the required coverage could result in suspension of your driver license and registration.

Important note: If you cancel the insurance for this vehicle, immediately return the license plate from this registration to a Florida driver license or tax collector office or mail it to: Dept. of Highway Safety, Return Tags, 2900 Apalachee Parkway, Tallahassee, FL 32399. Surrendering the plate will prevent your driving privilege from being suspended.

CO/AGY 7 / 4       T# 617043293
                   B# 635756

# FLORIDA VEHICLE REGISTRATION

| PLATE | 951NDI | DECAL | 05619139 | Expires | **Midnight Sun 1/9/2011** | | | |
|---|---|---|---|---|---|---|---|---|
| R/MK | 2004/KYST | BODY | TV | COLOR | WHI | Reg. Tax | 75.65 | Class Code 78 |
| VIN | 4YDF368224D508217 | | | TITLE | 104016494 | Init. Reg. | | Tax Months 10 |
| Plate Type | RGR | NET WT | 38' | | | County Fee | 3.00 | Back Tax Mos |
| | | | | | | Mail Fee | | Credit Class |
| L/FEID | J232290790090 | | | 2ND DL# | J232813576780 | Sales Tax | | Credit Months |
| Date Issued | 3/19/2010 | Plate Issued | 3/19/2010 | | | Voluntary Fees | | |
| | | | | | | Grand Total | 78.65 | |

GEOFFREY JOHN JUSTICE, TERESA MARY JUSTICE
4015 GEORGETOWN CT
ST CLOUD, FL 34772-7058

## IMPORTANT INFORMATION

1. The Florida license plate must remain with the registrant upon sale of vehicle.
2. The registration must be delivered to a Tax Collector or Tag Agent for transfer to a replacement vehicle.
3. Your registration must be updated to your new address within 20 days of moving.
4. Registration renewals are the responsibility of the registrant and shall occur during the 30-day period prior to the expiration date shown on this registration. Renewal notices are provided as a courtesy and are not required for renewal purposes.

RGR - FLORIDA REGULAR    PLATE ISSUED X

| CNTY# | AGY# | SUB# | RPT# |
|---|---|---|---|
| 7 | 4 | RK | 2846 |

AUDIT #



|||||
|---|---|---|---|
| TRANSACTION ID'S | | | |
| L# | 1119219 | | |
| T# | 617043196 | | |
| B# | 635756 | | |

# STATE OF FLORIDA
# APPLICATION FOR VEHICLE/VESSEL CERTIFICATE OF TITLE

| TITLE NUMBER | VEHICLE/VESSEL IDENTIFICATION # | YR. MAKE | MAKE or MANUFACTURER | BODY TYPE | VEHICLE COLOR | WT/LENGTH | GVW/LOC |
|---|---|---|---|---|---|---|---|
| 104016494 | 4YDF368224D508217 | 2004 | KYST | TV | WHI | 38' | |

| DATE OF ISSUE MO. DAY YEAR | TRANS CODE | VEHICLE USE | HULL MATERIAL | PROPULSION | FUEL | VESSEL TYPE | WATER | FL NUMBER |
|---|---|---|---|---|---|---|---|---|
| 03 19 10 | OUT | PRIVATE | | | | | | |

| | BIRTHDATE SEX MO. DAY YEAR | RESIDENT Y N ALIEN | CNTY RES# |
|---|---|---|---|
| Applicant/Owner's Name & Address<br>GEOFFREY JOHN JUSTICE AND TERESA MARY JUSTICE<br>4015 GEORGETOWN CT<br>ST CLOUD, FL 34772-7058 | M 01 09 79 | X | 26 |
| | 1st OWNER FL/DL# OR F.E.I.D.#<br>J232290790090 | 2nd OWNER FL/DL# OR UNIT #<br>J232813576780 | |

VOLUNTARY CONTRIBUTIONS

| AGENCY FEE | TITLE FEE | SALES TAX | GRAND TOTAL |
|---|---|---|---|
| 4.75 | 83.00 | 0.00 | 87.75 |

**Action Requested:** ORIG USED TITLE
RETAINED AS ELECTRONIC TITLE

**Brands:**

| PREV. STATE | DATE ACQUIRED | NEW | USED | ODOMETER / VESSEL MANUFACTURER | ODOMETER DECLARATION CERTIFICATION |
|---|---|---|---|---|---|
| NY | 03/11/2010 | | XX | | ☐ |

## LIEN INFORMATION

| | DATE OF LIEN | RECEIVED DATE | FEID # OR FL / DL AND SEX AND DATE OF BIRTH | DMV ACCOUNT # |
|---|---|---|---|---|
| ELT | 03/11/2010 | 03/11/2010 | 952622194-01 | 201898855 |

NAME OF FIRST LIENHOLDER:
PARTNERS FEDERAL CREDIT UNION

ADDRESS
ELECTRONIC LIEN

SALVAGE TYPE

## SELLER INFORMATION

NAME OF SELLER, FLORIDA DEALER, OR OTHER PREVIOUS OWNER
SUNCOAST RV

ADDRESS
12201 W COLONIAL DR
WINTER GARDEN, FL 34787

DEALER LICENSE NO.
RV10163861

CONSUMER OR SALES TAX EXEMPTION #

## SALES TAX AND USE REPORT

TRANSFER OF TITLE ☐ PURCHASER HOLDS VALID
IS EXEMPT FROM    EXEMPTION CERTIFICATE
FLORIDA SALES OR ☐ VEHICLE / VESSEL WILL BE
USE TAX FOR THE   USED EXCLUSIVELY FOR RENTAL
REASON(S) CHECKED ☐ OTHER

INDICATE TOTAL PURCHASE PRICE, INCLUDING ANY UNPAID BALANCE DUE SELLER, BANK OR OTHERS   $

INDICATE SALES OR USE TAX DUE AS PROVIDED BY CHAPTER 212, FLORIDA STATUTES   $ 0.00

☐ SELLING PRICE VERIFIED

## APPLICANT CERTIFICATION

___ I/WE HEREBY CERTIFY THAT THE VEHICLE/VESSEL TO BE TITLED WILL NOT BE OPERATED UPON THE PUBLIC HIGHWAYS/WATERWAYS OF THIS STATE.
___ I CERTIFY THAT THE CERTIFICATE OF TITLE IS LOST OR DESTROYED.
___ I CERTIFY THAT THIS MOTOR VEHICLE/VESSEL WAS REPOSSESSED UPON DEFAULT OF THE LIEN INSTRUMENT AND IS NOW IN MY POSSESSION.

I/WE HEREBY CERTIFY THAT I/WE LAWFULLY OWN THE ABOVE DESCRIBED VEHICLE/VESSEL, AND MAKE APPLICATION FOR TITLE. IF LIEN IS BEING RECORDED NOTICE IS HEREBY GIVEN THAT THERE IS AN EXISTING WRITTEN LIEN INSTRUMENT INVOLVING THE VEHICLE/VESSEL DESCRIBED ABOVE AND HELD BY LIENHOLDER SHOWN ABOVE. I/WE FURTHER AGREE TO DEFEND THE TITLE AGAINST ALL CLAIMS.

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

_____  _____
Signature of Applicant/Owner         Signature of Applicant/Co-Owner

HSMV 82041 REVISED 02/06



